## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-50498 |
| ROBERT WHEARTY | : | CHAPTER 7 |
| AND ALICIA WHEARTY | | |
| Debtors | | |
| | : | MAY 25, 2010 |

### APPEARANCE

Please take notice that, subject to approval by the court, Robert and Alicia Whearty substitutes Attorney Dyan Kozaczka, State Bar. No. 28019 as counsel of record for the debtor in place of Attorney Rebecca Mayo Goodrich.

I consent to being substituted.

_____
Rebecca Mayo Goodrich
Date: 5/25/10

ROBERT WHEARTY AND ALICIA
WHEARTY, The Debtors

By: _____
Dyan M. Kozaczka
36 Mill Plain Road
Suite 102
Danbury, CT 06811
T: 203/792-9520
F: 203/778-2817
Federal Bar No.: CT 28019