# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 7 |
| ROBERT WHEARTY : | |
| AND ALICIA WHEARTY : | |
| Debtors : | CASE NUMBER 10-50498 ahws |

MAY 26, 2010

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on this the 26th day of May 2010 I served the attached In Lieu of Appearance via electronic mail or first class mail, postage pre-paid upon the following:

Alicia Whearty
5 Deer Run
Bethel, CT 06801

Robert Whearty
5 Deer Run
Bethel, CT 06801

Richard M. Coan
Chapter 7 Trustee
495 Orange Street
New Haven, CT 06511

Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, Connecticut 06510

Capital One Auto Finance
P.O. Box 829009
Dallas, TX 75382

Dated: May 26, 2010

                                              /s/ Dyan M. Kozaczka

Dyan M. Kozaczka, Esq.
Fed Bar No. CT 28019

Case 10-50498    Doc 15    Filed 05/26/10    Entered 05/26/10 16:55:44    Desc Main
Document    Page 2 of 2

Dated: May 26, 2010